Maureen A. Enmark, 124857
San Diego Bankruptcy Law Firm
2550 5th Ave., Suite 520
San Diego, Ca 92103
619-260-1800

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re:                                ) CASE NO.: 14-00903-CL13
                                      )
                                      )
Jay S. Bernstein,                     ) NOTICE OF ASSOCIATION OF ATTORNEY
                                      )
                                      )
                    Debtor.           )
_____ )

PLEASE TAKE NOTICE that Debtor Jay S. Bernstein, by and through his attorney of record, Maureen A. Enmark, does hereby associate into this case Julian McMillan (SBN 241937) whose address is 2751 Roosevelt Rd., Suite 204, San Diego, CA 92106. Mr. McMillan's telephone number is 858-499-8951. Mr. McMillan's purpose in this case is to serve as lead counsel for an adversary proceeding yet to be filed seeking redress for violation of the automatic stay issued by the Court in this case.

Dated: 9/24/2014

_____
Maureen A. Enmark
Attorney for Debtor

I consent to this association.

Dated: 9/22/14

_____
Jay S. Bernstein
Debtor

I consent to this association. I am duly admitted to practice in this district.

Dated: 09/24/2014

_____
Julian McMillan
Associated Attorney

1
NOTICE OF ASSOCIATION OF ATTORNEY